1:16-cv-280-GZS

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2016 JUN -9 P 2:46
BY ________ DEPUTY CLERK

VII. (a) [X] PLAINTIFFS (Name & Address including county)
or [ ] Third-Party, [ ] Counterclaim or Cross-Claim Plaintiffs
[ ] The plaintiff is a prisoner in a local, state or federal facility.

Bonny L. Hutchins Buzzell
53 CHARLES Street
Apt One Bangor Maine
Penobscot County 04401

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) If all counsel listed do NOT represent all plaintiffs, specify who the listed attorney(s) represent.

Ø Ø Ø

VIII. (a) [X] DEFENDANTS (Name & Address including county)
and/or [ ] Third-Party, [ ] Counterclaim or [ ] Cross-Claim Defendants
[ ] The defendant is a prisoner in a local, state or federal facility.

Adam & Eve Hair Care
44 Main Street
Fairfield Me. 04937
Somerset County
207-453-7600

Skowhegan Saving Bank
13 Elm Street
Skowhegan Maine
Somerset County 04976
207-474-9511

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) (If known)

Daniel J. Bernier
179 Main Street Suite 304
Waterville Me. 04901

If all counsel listed do NOT represent all defendants, specify who the listed attorney(s) represents.

Skowhegan Saving Bank
Calvary Temple

IX. (a) [X] PARTIES OF INTEREST (Name & Address including county)

Renee E. Reynolds
871 B Clinton Ave.
Winslow Me. 04901
Kennebec County

Wilbur L. Reynolds Jr.
407 Stinson Street
c/o Hancock Lumber
Pittsfield Maine 04967

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) (If known)

Crisis Counseling Center
10 Caldwell Rd
Augusta Me. 04901
207-626-3448

If all counsel listed do NOT represent all parties, specify who the listed attorney(s) represents.

X. RELATED CASE(S), IF ANY Hutchins vs. Goodwins
Assigned Judge/Justice John C. Nivison
Docket Number 1:14-cv-00536-JAW

Date 07-06-2016

Bonny L. Hutchins, Buzzell
Name of Plaintiff or Lead Attorney of Record

Bonny Buzzell, Hutchins
Signature of Plaintiff or Attorney

1

Defendants.

Community Crisis Counseling
42 Cedar Street Bangor Maine
207-922-4432 04401

Little Angels Day Care
89 Court Street Bangor Maine
207-941-2400 04401

Time Warner Cable
148 China Road Winslow Maine
585-756-5000 04901

Department Health Human Services
Adult Mental Health
221 State Street Augusta Maine
04901

Irving Oil
204 Center Road Fairfield Maine
207-238-9979 04937

Five County Credit Union
Waterville Commons Dr. Waterville Maine
1-800-750-0959 04901

Bonny J. Bizzell Hutchins

Lone Bryant
Bangor Mall 663 Stillwater Ave. #
YMCA in Second St. Bangor Maine

2

America Red Cross
Hammond Street
Bangor Maine
04401

Calvary Temple
60 W. River Rd.
Waterville Maine
207-873-5325
04901

Hancock Lumber Co.
407 Stinson Street
Pittsfield Maine
207-487-6116
04967

Penquis Transportation
P.O. BOX 1162
Bangor Maine
04401

School House Storage
183 Harlow Street
Bangor Maine
207-947-1271
04401

Motor Vechicle Registry
Airport Mall 1129 Union Street
Bangor Maine
207-942-1319
04401

Dirigo Counseling Clinic LLC
557 Hammond Street
Bangor Maine
207-973-0505 04401

Redington Fairview General Hospital
46 Fairview Ave.
Skowhegan Maine
207 474-5121 04976

Dysarts Restaurant Truck Stop
530 COLDBROOK Road
C/o Daryl Knowlton. Herman Maine
04401

Hannaford Super Market
Elm Plaza 140 Elm Plaza
Waterville Maine
207-877-0700 04901

Keith Cook
2 Elm Street
Waterville Maine
207-873-2567 04901

Don Acorn
60 Water Street
Skowhegan Maine
207-612-2968 049[illegible]

[signature]

4

Maine Department of Corrections
25 Tyson Dr, 3rd flr.
State House Station 111
Augusta Maine
04333-0111

Somerset County Sheriff
41 Court Street
Skowhegan Maine
04976
207-474-9591

Jim Market
272 Main Street
Bingham Maine
04920

Inland Hospital
200 KMD
Waterville Maine
04901
207-861-3000

Tri County Mental Health
49 Congress Street
Rumford Maine
04276

Home Place
148 Collage Ave.
Waterville Main
04901
207-877-7391

Hampdem Police Department
106 Western Ave.
Hampden Maine
0444
207-862-4000

Bangor Police Department
240 Main Street
Bangor Maine
04401
207-947-7382

The Garage Picking Square
100 Broad Street
Bangor Maine
0440
207-941-1654

Happy China Buffet
Bangor Mall 753 Stillwater Ave.
#5
Bangor Maine
04401

Maine Medical Center D.O.V.S.
22 Bramhall Street
Portland Maine
04102
207-662-4443

Woodlawn Rehab Nursing Center
59 W. Front Street
Skowhegan Maine
04976
207-474-9300

Maine State Troopers Headquaters
42 State House Station
Augusta Maine
207-624-7200 04333-0042

Somerset County Jail
131 E Madison Road
Madison Maine
207-474-7409 04950

Kennebec County Jail
115 State Street
Augusta Maine
04330
207-623-2270

Waterville Police Department
10 Colby Street
Waterville Maine
207-680-4700 04901

Winthrop Police Department
15 town Hall Ln.
Winthrop Maine
04364

Winslow Police Department
114 Benton Ave.
Winslow Maine
207-872-5215 04901

Bonny L. Bippell Hutchins

7

Fairfield Police Department
One Police Plaza
P.O. Box 149 Fairfield Maine
207-453-9322 04937

Mainly Kids
196 Main Street Fairfield Maine
04937
207-453-2595 C/o Barbara Elliott

Winthrop Police Department
15 town Hall Ln.
Winthrop Maine
04364

Winthrop Area Credit Union
94 highland Ave.
Winthrop Maine
207-377-2124 04364

Unity Fire Department
Fire House Ln.
Unity Maine
207-948-5762 04988

Two Bridges Regional Jail
522 Bath Rd. Wiscasset
Maine
207-882-4268 04578

8

Charlie Sons Auto Sales
Lakewood Road
207-474-2617 Skowhegan Maine
04976

CN BROWN Heating Oil office

South Paris Maine
04281

Motor Vechicle Registry
Airport Mall 1129 Union Street
Bangor Maine
207-942-1319 04401

~~Hancock Lumber Co.
467 Stinson Street~~
Pittsfield Maine
207-487-6116 04967

Penquis Transportation
P.O. BOX 1162
Bangor Maine
207-973-3587 04402

Aaron's
647 Broadway Bangor Maine
04401
207-941-0033

Bonny L. Bizzell Hutkins

Little Angels Day Care
89 Court Street
Bangor Maine
207-941-2400 04401

Maine Attorney General
6 State House Station
Augusta Maine
207-626-8800 04333

Penobscot District Attorney Office
97 Hammond Street
Bangor Maine
207-942-8552 04401

Community Housing Maine
One City Center
4th Flr. Portland Maine
207-879-2015 04101

U.S. Cellular Authorized Agent
Central Maine Wireless
629 Broadway Bangor Maine
04401
207-992-9090

Stanley Septic Services
187 Norridgewock Road
c/o Jack, Tina Stanley Fairfield Maine
1-800-660-7826 04364

R&K Constrution, Propert Managment
Hammond Street
Bangor Maine
04401
207-947-5517

Cathlic Charities
66 Western Ave. Fairfield Maine
04937
207-453-4365

Town Taxi
28 Bomarc Rd. Bangor Maine
04401
207-945-5671

LL Bean Outlet
534 Stillwater Ave. Bangor Maine
04401
207-942-0146

Soul's Disposal
708 Norridgewock Rd. Fairfield Maine
04937
207-634-3716

Key Bank
Bangor Mall 29 Bangor Mall Blvd.
207-945-0640 Bangor Maine
04401

Bonny J Bagell Hutchins

River Stone
67 ACME Rd.
Brewer Maine
04412
207-991-5200

Discovery House treatment Center
21 Airport Rd.
Waterville Maine
207-945-9158 04901

Hights Chevrolet Buick GMC
29 Madison Ave.
Skowhegan Maine
1-866-616-4953 04976

OAKland Police Department
7 Fairfield Street
OAKland Maine
207-465-2202 04963

Police Records/Staff Division
171 Park Street
Lewiston Maine
207-795-9016 04246

D.H. Pinette Sons Inc.
Main Roofing Services
117 Rice Rips Road
OAKland Maine 04963
207-873-6353

12

Morning Star Stable
136 old County Rd.
Madison Maine
207-431-3101 04950

Hampden Police Department
106 Western Ave. Hampden Maine
207-862-4000 04444

Kennbec County Jail
115 State Street
Augusta Maine
04330

Augusta Police Department
33 Union Street Augusta Maine
04330
207-626-2370

Skowhegan Police Department
225 Water Street
Skowhegan Maine
207-474-6908 04976

Woodlawn Rehab Nursing Center
59 W. Front Street
Skowhegan Maine
207-474-9300 04976

Bonny L. Bizzell, Hutkins

Waterville Social Club
32 Ticonic Street
Waterville Maine
04901
207-873-1027

Mid Maine Homeless Shelter
19 Colby Street
Waterville Maine
04901
207-872-8082

Hope House Health Living Center
179 Corporate Dr.
Bangor Maine
04401
207-217-6713

(BW) ~~Fairfield Police Department~~

American Civil Liberties Union of Maine
121 Middle Street #301
Portland Maine
04101

Acadia Hospital Corp.
268 Stillwater Ave.
PO. BOX 422
Bangor Maine
04401

North Fairfield Freinds Mtng
Middle Road
Fairfield Maine
04937
207-453-7155

Va Maine Health Care System
Togus VA Medical Center
Augusta Maine, 04330

Skills Inc.
47 Hartland Rd.
St. Albans Maine 04971
207-938-4615

Charlotte White Center
38 Penn Plaza
Bangor Maine 04401

Penobscot County Jail
85 Hammond Street
Bangor Maine 04401
207-947-4585

Camden National Bank
1176 Exchange Street
Bangor Maine 04401
207-~~947-4~~ (BJB) 973-0710

Faith Evangelistical Free Church
250 Kennedy Memorial Dr.
Waterville Maine 04901
207-873-0343

Bonny J Bizzell, [illegible]

Lybrook Apartments
165 Pung Hill Rd. Fairfield Maine 04937
207-453-~~7021~~ 2662

Cumberland County Jail

Fairfield town office
19 Lawrence Ave. Fairfield Maine 04937
207-453-7911

Bangor Area Homeless Shelter
262 Main Street Bangor Maine 04401

Glad Tidings Church
1033 Broadway Bangor Maine 04401
207-947-0324

Calvary Pentecoastal Church
160 old Point Ave. Madison Maine 04950

Hands of Hope Thrift Store
207-942-5005 700 Hogan Rd. Bangor Maine 04401

Madison Police Department
26 Western Ave.
Madison Maine
207-859-1500
04901

Eaton Mountain Ski Area
89 Lambert Road
Skowhegan Maine
04976

Goodwill Store Donation Center
Bangor Mall 805 Stillwater Ave.
Bangor Maine
207-947-7984
04401

Islamic Center of Maine
151 Park Street
Orono Maine
207-866-3410
04473

Kennebec Valley Community Action
97 Water Street
Waterville Maine
207-859-1500
04901

Bangor State Fair
515 Main Street
Bangor Maine
207-561-8300
04401

Tommy J. Bagzell, Hutchins

New Balance Athectic Shoe
12 Walnut Street
Skowhegan Maine
207-474-~~6813~~ 6231 04976

207-474-6231

Gay, Lesbian Community Services
568 Main Street
% Steve Sparrow Caibou Maine

Maine Behavioral Health Org,
30 Levitt Street
Skowhegan Maine
207-542-4301 04976

Aspen Dental
166 Elm Street Plaza
Waterville Maine
1-866-568-2580 04901

Harry C. Crooker $ Sons
103 Lewiston Rd.
Topsham Maine
207-729-5511 04086

Thomas Point Beach Comp Ground
29 ~~Medadow~~ Meadow Rd.
Brunswick Maine
207-725-6009 04011

Dirigo Counseling Clinic LLC
557 Hammond Street
Bangor Maine
207-973-0505 04901

St. Joseph Hospital
P.O. Box 934
Bangor Maine
207-907-3777 04402

Dorothea Dix Psychiatic Center
656 State Street
Bangor Maine
207-941-4000 04401

Orbo's Towing Repair
136 Drummond Ave.
Waterville Maine
207-872-9551 04901

Adam & Eve Hair Care
44 Main Street
Fairfield Maine
04937

@ Work Personal Services
91 Madison Ave.
Skowhegan Maine
207-474-5900 04976

Bonny J. Bagdall Hutchins

Bonny L. Buzzell, Hutch.

07-10-2016

Federal Courts Bangor Maine
202 Harlow Street

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 JUN -9 P 1:57

BY
DEPUTY CLERK

I am filing a Obstuction of Justice claim in Bangor Court, Federal Case of Saual discrimation, Stalking while trying to file My Cases and Attemping to Murder me by Dog Attacks while walking to the Court buildings and library are Police and Little Angels Day Care ~~were~~ the defendants of Bangor Maine. Three Dog attacks were filed @ the police Station and with Community Crisis Counseling employees. and it is Still happening, While being harassed by Crisis Counseling employee's.

Bonny L. Buzzell, Hutchins

The Skowhegan Court Clerks stated that the Cases Docket # SKOSCCR201300005 was filed wrong as I was forced to plea Nocontest the clerk filed it In the System as guilty when I called to find the Info for My Federal Case that is related, I am filing a fraud case and discrimation, Police Burtiality at this time.

Bonny L. Buzzell, Hutchins