# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **BONNIE LOU BUZZELL HUTCHINS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 1:16-CV-280** |
| ) | |
| **SKOWHEGAN SAVINGS BANK,** ) | |
| **ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 13TH DAY OF OCTOBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**